ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRIS BRADFORD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-067 |
| | ) | |
| DR. AJIBADE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for injunctive relief is **DENIED**.

SO ORDERED this 13th day of October, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] In his "objections," Plaintiff requests that his motion for injunctive relief be "disregarded" because he is due to be discharged on October 13, 2010. As Plaintiff's motion is denied by entry of this Order, his request is therefore moot. Plaintiff also offers supplemental documents and legal arguments regarding the issue of alleged deliberate indifference that forms the basis of the underlying claims in this case. To the extent that Plaintiff may be attempting to amend his complaint with this information, it is improper to do so in the "objections." Rather, Plaintiff must follow Fed. R. Civ. P. 15 if he intends to amend his complaint.